UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**Christine Mills et. al.**            )
                                       )
    **Plaintiffs**          )
                                       )
**v.**                                 )
                                       )           Civil Action No. 04-2205 (HHK)
**James Billington, Librarian**        )
**Library of Congress**                )
                                       )
    **Defendant**           )
_____)

**ANSWER TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

**FIRST DEFENSE**

Plaintiffs have failed to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Plaintiffs have failed to exhaust their administrative remedies.

**THIRD DEFENSE**

Plaintiffs have failed to state a class claim.

**FOURTH DEFENSE**

In response to the numbered paragraphs in the Second Amended Complaint, Defendant admits, denies or otherwise avers as follows:

**I.    INTRODUCTION**

The unnumbered first paragraph consists of Plaintiffs' introduction to their complaint to which no response is require. To the extent a response is deemed required, Defendant admits that the Plaintiffs named in the unnumbered first paragraph have filed their

-1-

Second Amended Complaint against James H. Billington, in his official capacity, as Librarian of the Library of Congress.

## II.   NATURE OF THE ACTION

1. Paragraph one consists of Plaintiffs' characterization of their complaint and request for relief to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations contained in Paragraph one.

2. Defendant denies the allegations contained in Paragraph two.

3. Defendant denies the allegations contained in Paragraph three.

4. Defendant denies the allegations contained in Paragraph four.

5. Paragraph five consists of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations contained in Paragraph five.

## III.   INDIVIDUAL PLAINTIFFS

6. Defendant admits that the "Individual Plaintiffs" identified by Plaintiffs in Paragraph 6. (a-o) are Christine Mills, Runako Balondemu, Geradine Duncan, David Hubbard, Priscilla Ijeomah, Clifton Knight, Charles Mwalimu, Lawrence Perry, Sharon Taylor and William Rowland, who are former or current Library employees since January 1, 2003. Defendant denies the remaining allegations in Paragraph six.

## IV.   JURISDICTION AND VENUE

7. Paragraph seven consists of Plaintiffs' characterization of jurisdiction to which no response is required.

8. Paragraph eight consists of Plaintiffs' characterization of venue to which no response is

required.  To the extent a response is deemed required, Defendant admits that venue is proper in the District of Columbia.

## V. CLASS ACTION ALLEGATIONS

9.  Paragraph nine consists of Plaintiffs' characterization of the putative class and a legal conclusion to which no response is required; to the extent a response is deemed required Defendant denies the allegations.

10. The first sentence in Paragraph ten consists of a legal conclusion to which no response is required; to the extent a response is deemed required Defendant denies the allegations. In regards to the second sentence in Paragraph eleven, Defendant lacks sufficient information or knowledge to admit or deny what is believed by Plaintiffs; to the extent a response is deemed required, Defendant denies the allegations.

11. The first clause of sentence one in Paragraph eleven consists of a legal conclusions to which no response is required; to the extent a response is deemed required Defendant denies the allegations.  The remaining clauses (subsections a-m) are not averments of fact to which a response is required; to the extent an response is deemed required Defendant denies the allegations.

12. Paragraph twelve consists of legal conclusions to which no response is required; to the extent a response is deemed required Defendant denies the allegations.

13. Paragraph thirteen consists of legal conclusions to which no response is required; to the extent a response is deemed required Defendant denies the allegations.

14. Paragraph fourteen consists of legal conclusions to which no response is required; to the extent a response is deemed required Defendant denies the allegations.

## VI. <u>FACTUAL ALLEGATIONS</u>

15. Defendant denies the allegations contained in Paragraph fifteen.

16. Defendant denies the allegations contained in Paragraph sixteen.

17. Defendant denies the allegations contained in Paragraph seventeen.

18. Defendant denies the allegations contained in Paragraph eighteen.

19. Defendant denies the allegations contained in Paragraph nineteen.

20. Defendant denies the allegations contained in Paragraph twenty.

21. Defendant denies the allegations contained in Paragraph twenty-one.

22. Defendant denies the allegations contained in Paragraph twenty-two.

23. Defendant denies the allegations contained in Paragraph twenty-three.

## VII. <u>THE INDIVIDUAL PLAINTIFFS' ALLEGATIONS</u>

24. Defendant denies the allegations contained in Paragraph twenty-four.

### COUNT I
### TITLE VII OF THE CIVIL RIGHTS ACT OF 1964
### 42 U.S.C. § 2000e *et seq.*

25. Defendant re-alleges and incorporates by reference its responses in all preceding paragraphs.

26. Defendant denies the allegations contained in Paragraph twenty-six.

27. Defendant denies the allegations contained in Paragraph twenty-seven.

28. Defendant denies the allegations contained in Paragraph twenty-eight.

29. Defendant denies the allegations contained in Paragraph twenty-nine.

### <u>JURY DEMAND</u>

This unnumbered paragraph consists of Plaintiffs' demand for a jury trial to which no

response is required; to the extent a response is deemed required Defendant denies that Plaintiffs' are entitled to a jury trial.

## **PRAYER FOR RELIEF**

The remaining statements in Plaintiffs' Complaint consists of Plaintiffs' prayer for relief to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiffs are entitled to the relief requested or to any relief whatsoever.

Defendant denies each and every allegation in Plaintiffs' Complaint that is not expressly admitted in this Answer.

Dated: April 10, 2007.  Respectfully Submitted,

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant