UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Christine Mills *et al.*, | ) | |
| | ) | 04 CV 2205 (HHK) |
| Plaintiffs, | ) | |
| | ) | **PLAINTIFFS' MOTION** |
| v. | ) | **TO EXTEND TIME** |
| | ) | **FOR DISCOVERY AND TO** |
| James Billington, | ) | **FILE FOR CLASS** |
| Librarian of Congress | ) | **CERTIFICATION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiffs hereby move the Court for an extension of time in which to conduct discovery and file a motion for class certification. Plaintiffs tried to resolve discovery disputes with the Defendant and to receive discovery from the Defendant before the close of Discovery on August 31, 2009. Plaintiffs require more depositions, documents promised from Naomi Earp, the 30(b)(6) of the Library of Congress, who was deposed on August 20, 2009, and that Defendant provide more discovery responses in the coming weeks.

Plaintiffs have attempted to conduct class discovery in a manner that would allow for completion by August 31, 2009. Plaintiffs served notice of their Fed.R.Civ.P 30(b)(6) deposition on May 19, 2009. On Monday, July 6, 2009, Defendant proposed that the depositions of two Library officials be taken sometime later in July and in fact they were conducted on August 12 and 19, 2009. The Library selected as its Rule 30(b)(6) representative Ms. Earp, Director of the Office of Opportunity Inclusiveness and Compliance who was first employed June 8, 2009, for more than four years after the suit was filed. Ms. Earp therefore did not have knowledge of procedures and standards for promotion were used by the Library from Jan. 1, 2003 through June

7, 2009.

    Plaintiffs served their interrogatories on May 20, 2009.  Defendant responded on June 23, 2009.  The Defendant provided a Supplemental Response to Plaintiffs' Interrogatories on August 7, 2009.  The Responses are still inadequate.  The electronic data produced by the Defendant is insufficient as a "usable form" under Federal Rule 34 of Civil Procedure.  Plaintiffs sought to remedy these discovery disputes most recently by telephone and e-mail of Aug. 14, 2009 but Defendant declined to produce more data and was unwilling to amplify its responses to interrogatories.  As a result,  Plaintiffs are filing a Motion to Compel Discovery today.

    Plaintiffs hereby request an extension of 30 days from Aug. 31, 2009, to resolve Plaintiffs' Motion to Compel Discovery and if granted to complete discovery and resolve any related discovery issues in order to file a motion for class certification.  Plaintiffs seek to move all deadlines in the aforementioned Order to September 30, 2009.  Defendant does not oppose this motion regarding the time period for the extension for Plaintiffs Motion for Class Certification.  But it does oppose Plaintiffs' motion to extend time for discovery in order to file Plaintiffs' motion for class certification.  A proposed order is included herewith.

Date: August 25, 2009                                                      Respectfully submitted,

                                                                               /s/ David L. Rose
                                                               David L. Rose, Bar #376379
                                                              Daver@roselawyers.com
                                                              Earlene W. Rosenberg #974273
                                                              Erosenberg@roselawyers.com
                                                              Rose & Rose, P.C.
                                                              1320 19th Street, N.W.,
                                                              Suite 601
                                                              Washington, D.C. 20036
                                                              (202) 331-8555
                                                              Attorneys for Plaintiffs