UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christine Mills, et al., )<br>)<br>　　　Plaintiffs　　　　　　　　)<br>)<br>v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>James Billington, Librarian, 　)<br>Library of Congress,　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　Defendant.　　　　　　　)<br>_____ )  | Civil Action No. 04-2205 (FJS/AK) |

**DEFENDANT'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY,
FOR SUMMARY JUDGMENT**

In the memorandum of points and authorities filed in this matter [R. 268], Defendant explains why *Plaintiffs' Motion for Class Certification* should be denied. Further, herein, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure ("Federal Rules"), Defendant moves to dismiss the above-captioned case. Alternatively, pursuant to Rule 56 of the Federal Rules, Defendant moves for summary judgment. In support of the Motion, the Court is respectfully referred to the supporting memorandum, and statement of facts not genuinely disputed. *See* R. 268. As required by Local Rule 7(c), a proposed Order consistent with the relief requested in Defendant's opposition and motion is filed therewith. R. 268.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

DANIEL F. VAN HORN
Chief, Civil Division

/s/ Beverly M. Russell
BEVERLY M. RUSSELL, DC Bar No. 454257
beverly.russell@usdoj.gov
JULIA K. O'BRIEN
jdou@loc.gov
United States Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
Ph:  202-252-2531 (BMR)
Ph:  202-707-7198 (JKD)
Fax:  202-252-2599