**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | | |
|---|---|---|
| MILLS, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 04-cv-2205  (FJS/AK) |
| v. | ) | |
| | ) | |
| BILLINGTON, Librarian | ) | |
| Library of Congress | ) | |
| | ) | |
| Defendant | ) | |

_____ )

REPLY MEMORANDUM FOR PLAINTIFFS IN SUPPORT OF THEIR MOTIONS
FOR BIFURCATION AND CLASS CERTIFICATION AND IN OPPOSITION  TO
DEFENDANT'S M MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Defendant filed on May 20, 2014 an "Opposition to the Plaintiffs' motion for class

Certification that includes his "Memorandum in support of his Motion to Dismiss

or for Summary Judgment." Doc.268 at page 1.  In this case, plaintiffs allege that there were

from 700 to 900 black employees who filed a charge by Plaintiff Mills and other plaintiffs.

The Amended Complaint alleges that "African-Americans are not granted promotions

and are "not promoted by defendant and that Defendant "assigns less desirable 'no-career'

positions, and by assigning the best positions to Caucasians and/or non-African-American".  Am

Complaint p. 2.

Plaintiff Mills and the other nine plaintiffs can show the adverse impact based upon the

data to Dr. Lance Seberhagen.  That data was published by the Defendant.  As shown by Dr.

Seberhagen's testimony

The data that Dr. Seberhagen used had been published by the Defendant electronically.  See

Capital Report and Adverse Impact Analysis for the Fiscal Years through 2009.  Dr. Seberhagen

is a Ph.D. and has been employed by major employers and unions and by the EEOC and the

Department of Justice and by local and state employers.  See his resume.

The Plaintiffs have filed a motion in support of their pending Motion for certification for th e class of black employees and former employees of the Defendant. *Thorpe v. District of Columbia,* 2014 WL 1273134, (DDC 2014), citing and relying upon DL v. District of Columbia, 713 F.3rd 120, 125-126 (D.C. Cir.2013). Although were no "Post Wal-Mart Olmstead cases "in this Circuit" as of March 29, this Court has certified, several earlier decisions in this District have granted class certification. See Memorandum Decision in *Thorpe v. District of Columbia, supra, at par.* 22, 23, and 24. The Defendant has shown no facts or precedent that warrants denial of the Motion for Class Certification. *Hamilton v. Geithner, Secretary of the U.S. Treasury*, (U.S. Court of Appeals for the D.C. Circuit 2012). "Summary judgment is premature unless all parties have had "a full opportunity to conduct discovery." *Davis v. District of Columbia,* 949 F.Supp.2d 1, 13[16]. Because disposition of a case on the merits is generally favored, we have said a default judgment must be a sanction of last resort only when less onerous methods would not be effective for sure … as such, the extreme sanction of dismissal is warranted only when "the other party has been so prejudiced by the misconduct to require that." The court finds that nothing in these conditions exists here and therefore dismissal is inappropriate. The court also did not find that precluding the plaintiffs from their expert report and their expert testimony at trial is critical to adjudicating the merits of claims. *Davis v. District of Columbia*, 10-01564, pp. 17-18.

"When requesting attorney's fees, the moving party bears the burden of proving that the request is reasonable," p. 19. In this case, the defendant has not shown any monetary harm to it,

particularly since the defendant has not even sought to take a deposition of Dr. Lance Seberhagen.

## **CONCLUSION**

For the foregoing reasons and case law, the Plaintiffs respectfully request that this Court DENY Defendant's Motion to Dismiss.


Respectfully submitted,


/s/_____
David L. Rose [3376379]
Rose Advocate for Civil Rights
4611 Norwood Dr.,
Chevy Chase, MD 20815
202-769-5860
daver@roselawyers.com


April 1, 2014

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 17, 2014, I served the above Memorandum in Opposition to Dispositive Motions upon

Beverly M. Russell
<u>Beverly.russell@usdoj.gov</u>
Assistant U.S. Attorney
U.S. Attorney's Office for D.C.,
Civil Division
555 Fourth Street, NW
Washington, D.C.  20530

/s/_____
Mark Rose
Paralegal
Rose Advocate for Civil Rights