AO 450 (Rev 01/09, DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| CHRISTINE MILLS, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 04-cv-02205-FJS-AK |
| JAMES HADLEY BILLINGTON | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☐ other:

This action was *(check one):*

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Frederick J. Scullin, Jr. _____ on a motion
    to dismiss or, in the alternative, for summary judgment is GRANTED pursuant to Local Civil Rule 7(b) because Plaintiffs did not file a memorandum of law in opposition to this motion within the prescribed time frame; and, therefore, the Court deems Defendant's motion conceded.

Date:  03/31/2016

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*