# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE MILLS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JAMES BILLINGTON, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 04-2205 (RBW) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brenda González Horowitz as counsel for defendants in this action and withdraw the appearance of Assistant United States Attorney Robert Caplen.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/
BRENDA GONZÁLES HOROWITZ
Assistant United States Attorney
Patrick Henry Building
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2512
brenda.gonzalez.horowitz@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on February 2, 2023, I caused a copy of the foregoing Notice of Substitution of Counsel to be served by the court's Electronic Court Filing system.

    /s/
BRENDA GONZÁLES HOROWITZ
Assistant United States Attorney
Patrick Henry Building
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2512
brenda.gonzalez.horowitz@usdoj.gov