UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE M. MILLS et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARLA HAYDEN, <br> Librarian of Congress, <br><br> Defendant. | Civil Action No. 04-2205 (RBW) |

## NOTICE OF SUGGESTION OF DEATH

Defendant Carla Hayden, in her official capacity as Librarian of Congress, by and through undersigned counsel, suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a), the death of Plaintiff Christine M. Mills. Defendant states as follows:

1. Plaintiff Christine Mills brings this action on behalf of herself and "all minority job applicants" and "all past, current, and future minority employees of the Library of Congress"[1] alleging that the Library of Congress discriminated against her and the class in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16, on the basis of race, national origin, color, and sex, and alleging a hostile work environment. 2d Am. Class Compl. (ECF No. 28).

2. The class alleges discrimination on the basis of compensation, promotions, wage classifications and job assignments, recruitment, harassment/hostile work environment, and retaliation. *See generally* 2d Am. Class Compl.

3. It has recently come to the attention of undersigned counsel that Plaintiff died on

---

[1] There are several other named Plaintiffs in this suit.

July 9, 2024.

4. On July 15, 2024, Defendant located an obituary for Plaintiff, confirming that Plaintiff died on July 9, 2024, https://www.briscoe-tonicfuneralhome.com/obituaries/Christine-Marie-Mills?obId=32330176. *See* Attachment A.

Dated: July 16, 2024  
Washington, D.C.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052  
United States Attorney

BRIAN P. HUDAK  
Chief, Civil Division


By: */s/ Brenda González Horowitz*  
BRENDA GONZÁLEZ HOROWITZ  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
(202) 252-2512

*Attorneys for the United States of America*