# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE M. MILLS, et al )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CARLA HAYDEN, in her official capacity )<br>as Librarian of Congress, )<br>)<br>Defendant. ) | Civil Action No. 04-CV-2205 (RBW) |

### PLAINTIFF'S RESPONSE TO COURT'S AUGUST 1, 2024 ORDER

Pursuant to the Court's August 1, 2024 Order, the undersigned confirms that Ms. Mills has an estate and a representative who intends to continue this matter on her behalf. I have been informed that Ms. Mills' surviving spouse will be continuing the case.

Dated: August 15, 2024

Respectfully submitted,

/s/ Denise M. Clark
Denise M. Clark (420480)
Clark Law Group, PLLC
1250 Connecticut Ave, N.W., Suite 700
Washington, D.C. 20036
(202) 293-0015
dmclark@benefitcounsel.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 15, 2024, a true and accurate copy of the foregoing was electronically filed with the Clerk's Office served using this court's CM/ECF system, which will then serve a notice of electronic filing (NEF) on the judge and the following:

BRENDA GONZALES HOROWITZ
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2561
Brenda.Gonzalez.Horowitz@usdoj.gov

*Counsel for Defendant*

                                                  /s/ Denise M. Clark
                                                  Denise M. Clark