# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE MILLS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 04-2205 (RBW) |
| ) | |
| CARLA HAYDEN, in her official ) | |
| capacity as the Librarian of Congress ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendant's Opposition to Plaintiffs' Motion for Class Certification and Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment, ECF No. 269, is **GRANTED**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** on this 6th day of November, 2024.

REGGIE B. WALTON
United States District Judge